United States District Court

Eastern District of California

Harvey Mack Leonard,

    Plaintiff,      No. Civ. S 02-2023 LKK PAN P

  vs.      Order

Edward N. Bonner, et al.,

    Defendants.

-oOo-

    Good cause appearing, plaintiff shall, if he so desires, move within 10 days to amend the pleading and for additional discovery in light of <u>Jones v. Blanas</u>, 393 F.3d 918 (9th Cir. 2004). Otherwise the court will schedule pretrial conference and trial.

    So ordered.

    Dated: August 23, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge