United States District Court

Eastern District of California

|  |  |
|---|---|
| Harvey Mack Leonard, | |
|     Plaintiff, | No. Civ. S 02-2023 LKK PAN P |
| vs. | Order |
| Edward N. Bonner, et al., | |
|     Defendants. | |

-oOo-

Good cause appearing, the court hereby orders that plaintiff's pretrial statement, as described in the court's November 18, 2003, scheduling order, is due filed and served November 14, 2005. Defendants' pretrial statement is due filed and served November 28, 2005. Pretrial conference will be conducted on the papers December 12, 2005.

So ordered.

Dated: October 18, 2005.

                                                /s/ Peter A. Nowinski
                                              PETER A. NOWINSKI
                                              Magistrate Judge