IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HARVEY MACK LEONARD,

    Plaintiff,                  No. CIV S-02-2023 LKK PAN P

    vs.

EDWARD N. BONNER, et al.,

    Defendants.           ORDER

_____/

        Plaintiff is an individual committed to Atascadero State Hospital pursuant to the provisions of California's Sexually Violent Predators Act, Welf. & Inst. Code §§ 6600, et seq.,. On December 15 2005, plaintiff filed a document styled "Plaintiff's Pretrial Conference Statement and Renewed Motion for Appointment of Counsel [Local Rule 16-281- (and) Notice of Motion and Motion to Amend Under 14th Amendment of U.S. Constitution."

        The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In

/////

1

the present case, the court does not find the required exceptional circumstances.  Plaintiff's renewed request for the appointment of counsel will therefore be denied.

Although it is not entirely clear, it appears that plaintiff also seeks to add to this action a claim that as of August 4, 2005 he was again being subjected to punishment by reason of his housing placement in the Placer County Jail.  Plaintiff has not, however, tendered a proposed amended complaint.  Moreover, pursuant to the scheduling order filed in this action on November 18, 2003, all pretrial motions were to be filed in this action not later than May 14, 2004.[1]  Plaintiff's motion to amend is untimely.[2]  For the foregoing reasons, the motion to amend will be denied.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's December 15, 2005 motion for appointment of counsel is denied; and

2. Plaintiff's December 15, 2005 motion to amend is denied.

DATED: May 11, 2006.

UNITED STATES MAGISTRATE JUDGE

12
leon2023.31

---

[1] Plaintiff did not file timely a motion to reopen discovery or amend the pleadings following the court's order filed August 24, 2005.

[2] Moreover, this action has been pending for over three years and is ready for jury trial.  The court would not in any event be inclined to allow an amendment that might delay final disposition of this action.

2