# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

HARVEY MACK LEONARD,

      Plaintiff,                    No. CIV S-02-2023 LKK JFM P

  vs.

EDWARD N. BONNER, et al.,

      Defendants.         **ORDER & WRIT OF HABEAS CORPUS**
_____/     **AD TESTIFICANDUM**

      Harvey M. Leonard, A.S.H. # 046465-1, a necessary and material witness in proceedings in this case on July 10, 2006, is committed to Atascadero State Hospital, P.O. Box 7001, Atascadero, California 93423-7001, in the custody of the Director; in order to secure this indvidivual's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Lawrence K. Karlton, to appear by video-conferencing at Atascadero State Hospital, July 10, 2006, at 11:15 a.m.

      ACCORDINGLY, IT IS ORDERED that:

      1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Director to produce the individual named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

      2. The custodian is ordered to notify the court of any change in custody of this individual and is ordered to provide the new custodian with a copy of this writ;

      3. The Clerk of the Court is directed to serve a copy of this order and writ by facsimile on Maria Troy, Atascadero State Hospital, Fax # 805-468-2954; and

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Director Melvin Hunter, Atascadero State Hospital, P.O. Box 7001, Atascadero, California 93423-7001:**

      **WE COMMAND** you to produce the individual named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the indmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: May 11, 2006.

                                                 UNITED STATES MAGISTRATE JUDGE

12;leon2023.841