IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HARVEY MACK LEONARD,

    Plaintiff,                   No. CIV S-02-2023 LKK PAN P

  vs.

EDWARD N. BONNER, et al.,

    Defendants.         ORDER

_____/

       Plaintiff is an individual serving a civil commitment term under California's Sexually Violent Predators Act, Welf. & Inst. Code § 6600 et seq. proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  After review of the record herein, and good cause appearing, IT IS HEREBY ORDERED that:

       1. The time for filing dispositive motions is reopened;

       2. The parties are granted a period of forty-five days from the date of this order to file and serve further dispositive motions;

       3. The jury trial set for September 6, 2006 before the undersigned is vacated and will be reset, as appropriate, by subsequent order of the court; and

/////

/////

1

4. This matter is remanded to the magistrate judge for further proceeding in accordance with this order.

DATED: August 2, 2006.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

/leon2023.fm