# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

HARVEY M. LEONARD,

        Plaintiff,                No. CIV S-02-2023 LKK EFB P

  vs.

EDWARD N. BONNER, et al.,

        Defendants.         **ORDER & WRIT OF HABEAS CORPUS**
_____/   **AD TESTIFICANDUM**

      Harvey M. Leonard, patient # 661-9, a necessary and material witness in proceedings in this case on March 9, 2009, is confined in Coalinga State Hospital, in the custody of the Director; in order to secure this patient's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the patient before the Honorable Lawrence K. Karlton, to appear by video-conferencing at Coalinga State Hospital, March 9, 2009, at 11:15 a.m.

      ACCORDINGLY, IT IS ORDERED that:

      1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Director to produce the patient named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and

      2.  The custodian is ordered to notify the court of any change in custody of this patient and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Director, Pam Ahlin, Coalinga State Hospital, Attention: Litigations Department, P.O. Box 5000, Coalinga, California, 93210:**

      **WE COMMAND** you to produce the patient named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the patient and have been ordered to provide the new custodian with a copy of this writ.

DATED:  January 28, 2009.

_Edmund F. Brennan_
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE