IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HARVEY M. LEONARD,

    Plaintiff,                    No. CIV S-02-2023 LKK EFB P

    vs.

EDWARD N. BONNER, et al.,

    Defendants.          <u>ORDER</u>

                                  /

        On April 6, 2009, the court held a trial confirmation hearing in the above-captioned case. At the hearing, the court ordered as follows:

        1. Plaintiff's motion for the appointment of counsel is denied.

        2. Plaintiff's motion in limine to exclude evidence of his status as a sexually violent predator, including evidence of where plaintiff is housed and why he is housed there, is granted. However, plaintiff's status as a civil detainee is admissible. In accordance with this ruling, defendants' Exhibit C is also stricken.

        3. Defendants' request to introduce evidence of plaintiff's felony convictions for purposes of impeachment is granted, with the limitation that defendants may only introduce evidence of plaintiff's felony convictions, if any, obtained within the last ten years.

///

4.  The court will defer ruling on the admissibility of all other exhibits until trial, if and when such exhibits are offered.

5.  Jury trial is set for June 2, 2009 at 10:30 a.m. in Courtroom No. 4.

SO ORDERED.

DATED: April 7, 2009.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT