# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

HARVEY M. LEONARD,

       Plaintiff,              No. CIV-S-02-2023 LKK EFB P

  vs.

EDWARD N. BONNER, et al.,

       Defendants.       **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

      Harvey M. Leonard, patient # 661-9, a necessary and material witness in proceedings in this case on June 2, 2009, is confined in Coalinga State Hospital, in the custody of the Director; in order to secure this patient's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the patient in Court, 15th Floor, Courtroom No. 4, United States Courthouse, 501 I Street, Sacramento, California on June 2, 2009, at 10:30 a.m.

      ACCORDINGLY, IT IS ORDERED that:

      1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the patient named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the patient to the above institution;

      2. The custodian is ordered to notify the court of any change in custody of this patient and is ordered to provide the new custodian with a copy of this writ; and

      3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, California State Prison - Sacramento, P.O. Box 290007, Represa, California 95671.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Director, Pam Ahlin, Coalinga State Hospital, Attention: Litigations Department, P.O. Box 5000, Coalinga, California, 93210:**

      **WE COMMAND** you to produce the patient named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the patient to the above institution.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the patient and have been ordered to provide the new custodian with a copy of this writ.

DATED: April 14, 2009.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE