UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
FILED
September 25, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

### JUDGMENT IN A CIVIL CASE

Harvey M. Leonard

            v.            CASE NUMBER:  CIV S-02-2023 LKK EFB P

M. Thompson

**XX** --   Jury Verdict.  This action came before the Court for trial by jury.  The issues have been tried and the jury has rendered its verdict.

    IT IS ORDERED AND ADJUDGED

        THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE JURY VERDICT RENDERED 9-24-09.

                          VICTORIA C. MINOR,
                          CLERK OF COURT

ENTERED:   September 25, 2009

                          by:__/s/__NDDuong
                           NDDuong, Deputy Clerk